**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JOHNNY JOSEPH ST. MARIE, | ) | No. EDCV 03-1343-AHS(CW) |
| Petitioner, | ) ) | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| v. | ) ) | |
| GEORGE GIURBINO (Warden), | ) ) | |
| Respondent. | ) ) | |

   Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the entire record in this action, as well as the Report and Recommendation of the United States Magistrate Judge.  No objections to the Report and Recommendation have been received.

   **IT IS ORDERED**: (1) that the Report and Recommendation of the United States Magistrate Judge be accepted; and (2) that judgment be entered denying the petition and dismissing this action with prejudice.

1 **IT IS FURTHER ORDERED** that this order and the judgment herein be
2 served on the parties.
3
4 DATED:     May 21, 2010

                                      ALICEMARIE H. STOTLER
_____
                                      ALICEMARIE H. STOTLER
                                United States District Judge