**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JOHNNY JOSEPH ST. MARIE, | ) | No. EDCV 03-1343-AHS(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| GEORGE GIURBINO (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED:   May 21, 2010

*ALICEMARIE H. STOTLER*
_____
ALICEMARIE H. STOTLER
United States District Judge